# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO PORAS, | CV F   05-00284 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION AS MOOT |
| v. | |
| JAMES YATES, Warden | [Doc. 19] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 29, 2006, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED as MOOT. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.[1] Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

---

[1] On September 11, 2006, the Findings and Recommendations were returned to the Court as undeliverable due to the death of Petitioner. (Court Doc. 20.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 29, 2006, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED as MOOT; and
3. The Clerk of the Court is DIRECTED to close this action/enter judgment for Respondent. This terminates this action in its entirety.IT IS SO ORDERED.

**Dated:** **October 13, 2006**     /s/ **Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE